**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECITUCT**

| | | |
|---|---|---|
| Young et al | : | |
|   plaintiff, | : | Civil No. 3:18-cv-1593-AVC |
| | : | |
| v. | : | |
| | : | |
| Reviczky et al | : | |
|   defendant. | : | |

## ORDER ON EMERGENCY MOTION FOR PRELIMINARY INJUCTION

The plaintiffs' emergency motion for preliminary injunction is granted. Based on the plaintiffs' allegations of irreparable harm in its September 21, 2018 motion, the court enjoins the defendants from taking any action, such as enforcing a gag order or imposing a penalty against the plaintiffs or their dog, Simon, that would result in the execution of the dog, until the court has the opportunity to further address the merits.

It is so ordered this 21st day of September, 2018.


By: _____/s/_____
        Alfred V. Covello
        United States District Judge